# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 4, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154476(49)

AUDREY TROWELL,
            Plaintiff-Appellee,

v                                                                   SC: 154476
                                                                    COA: 327525
PROVIDENCE HOSPITAL AND                                              Oakland CC: 2014-141798-NO
MEDICAL CENTERS, INC.,
            Defendant-Appellant.
_____/

On order of the Court, the motion of the West Branch Regional Medical Center to file a brief amicus curiae is GRANTED. The amicus brief submitted on July 28, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 4, 2017



Clerk